UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LENOR TILLMAN,<br><br>               Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant. | CASE NO. C23-1070 MJP<br><br>ORDER DENYING STIPULATED MOTION FOR EXTENSION |

This matter comes before the Court on the Parties' Stipulated Motion and Order For Extension of Pretrial Deadlines. (Dkt. No. 14.) Having reviewed the Motion and all supporting materials, the Court DENIES the Motion without prejudice.

The Parties ask the Court to extend the trial date and all interim deadlines by five months on the theory that there are voluminous medical records that have and are still being gathered from dozens of different medical providers and that the Parties need time review them to "prepare this matter." (Mot. at 2.) As the Parties are aware, expert disclosures are not due until May 20, 2024 and the discovery deadline runs to July 19, 2024. The Parties have failed to

explain why they cannot complete expert and fact discovery within the schedule the Court set after reviewing the Parties' Joint Status Report. Additionally, the Parties fail to identify the injuries at issue, why all of the records are necessary, when the records were requested, and what outstanding records remain to be provided and from whom. The Parties have also failed to state whether they have retained experts who intend to review the records, and, if so, why the experts cannot complete their review within the current schedule. The Parties also do not explain why an extension of a subset of interim deadlines might accommodate their claimed need for more time without upsetting the trial date. On the record presented, the Court finds that the Parties have failed to demonstrate good cause under Rule 16(b)(4). The Court therefore DENIES the Motion.

The Court's denial is without prejudice to a renewed motion that addresses the Court's concerns. But the Parties should be aware that their desire to engage in settlement negotiations will not generally be considered grounds to extend any case deadlines or the trial date.

The clerk is ordered to provide copies of this order to all counsel.

Dated March 28, 2024.

*[signature]*

Marsha J. Pechman
United States Senior District Judge