UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LENOR TILLMAN,<br><br>                     Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                     Defendant. | CASE NO. C23-1070 MJP<br><br>ORDER ON MOTION FOR EXTENSION AND NEW CASE SCHEDULE ORDER |
| RACHAEL TILLMAN,<br><br>                     Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                     Defendant. | Member Case No. C24-527 MJP |

    This matter comes before the Court on the Parties' Stipulated Motion and Proposed Order for Extension of Pretrial Deadlines. (Dkt. No. 22.) Having reviewed the Motion and all supporting materials, the Court GRANTS the Motion and enters the following new trial date and

pretrial deadlines as follows—all of which are subject to the Court's directives in the prior Case Schedule Order (Dkt. No. 11):

| Event | Deadline |
|---|---|
| Bench Trial Date | June 2, 2025 at 9:00 AM |
| Reports from expert witnesses under FRCP 26(a)(2) due | November 4, 2024 |
| All motions related to discovery must be filed by | December 4, 2024 |
| Discovery completed by | January 3, 2025 |
| All dispositive motions must be filed by | February 3, 2025 |
| All motions in limine must be filed by | April 28, 2025 |
| Agreed pretrial order due | May 20, 2025 |
| Trial briefs and proposed findings of fact and conclusions of law due | May 20, 2025 |
| Pretrial conference | May 27, 2025 at 1:30 PM |
| Trial Length | 7 days |

The clerk is ordered to provide copies of this order to all counsel.

Dated July 5, 2024.

Marsha J. Pechman
United States Senior District Judge