1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LENOR TILLMAN,<br><br>      Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | CASE NO. C23-1070 MJP<br><br>ORDER GRANTING MOTION TO EXTEND TRIAL AND PRETRIAL DEADLINES |

This matter comes before the Court on Defendant's Motion for New Trial Date and Extension of Pretrial Deadlines. (Dkt. No. 26.) Having reviewed the Motion, Plaintiff's notice of non-opposition (Dkt. No. 29), and all supporting materials, the Court GRANTS the Motion. The Court finds good cause to extend the trial date and the remaining pretrial deadlines. The Court ORDERS as follows:

| Deadline | Current Deadline | New Deadline |
|---|---|---|
| Bench Trial | June 2, 2025 at 9:00 AM | October 20, 2025 at 9:00 AM |
| All motions related to discovery must be filed and | December 4, 2024 | April 23, 2025 |

| | | |
|---|---|---|
| noted on the motion calendar in compliance with Local Civil Rule (LCR) 7(d) | | |
| Discovery completed by | January 3, 2025 | May 23, 2025 |
| All dispositive motions must be filed by and noted on the motion calendar in compliance with LCR 7(d) | February 3, 2025 | June 23, 2025 |
| All motions in limine must be filed by and noted on the motion calendar in compliance with LCR 7(d)(5) | April 28, 2025 | September 15, 2025 |
| Agreed pretrial order due | May 20, 2025 | October 7, 2025 |
| Trial Briefs and Proposed Findings of Fact and Conclusions of Law due | May 20, 2025 | October 7, 2025 |
| Pretrial Conference | May 27, 2025 at 1:30 PM | October 14, 2025 at 1:00 PM |
| Length of Bench Trial | 7 days | 7 days |

All other requirements set forth in the Court's Case Schedule Order continue to apply. (See Dkt. No. 11.)

The clerk is ordered to provide copies of this order to all counsel.

Dated January 29, 2025.

Marsha J. Pechman
United States Senior District Judge