The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LENOR TILLMAN, <br><br>   Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br>   Defendant. | Case No. 2:23-cv-01070-MJP <br><br> STIPULATED MOTION TO FILE A *DAUBERT* MOTION OUT OF TIME <br><br> Noted for Consideration: <br> June 10, 2025 |

The Court has ordered all dispositive motions, including *Daubert* motions to be filed on June 23, 2025. Plaintiff has disclosed a treating provider, Andrew Gomez, M.D., as an expert. The parties have been trying to schedule Gomez's deposition for a significant amount of time but the earliest he is available is June 27, 2025. Rather than move to exclude him because of his prior unavailability, the parties have stipulated to filing any potential *Daubert* motion for Gomez until July 14, 2025. Defendant does not yet know if it will file any such motion but wants to preserve the ability to do so, if circumstances warrant. The parties will file all other dispositive motions, including *Daubert* motions, on the previously set date unless the Court wishes to reset the date for all dispositive motions for simplicity's sake. Further, the parties are not asking for

STIPULATION TO FILE *DAUBERT* MOTION OUT OF TIME
[Case No. 2:23-cv-01070-MJP] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the Court to move any other dates, including the trial date, but of course understand that is ultimately up to the Court, and they can provide their availability if the Court prefers to do so. The parties submit there is good cause to allow Defendant to file one *Daubert* motion out of time, should Defendant believe there is sufficient cause. For these reasons, the parties stipulate and respectfully request that the Court allow Defendant to file any potential *Daubert* motion against Andrew Gomez, M.D., out of time, on or before July 14, 2025.

DATED this 10th day of July, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney<br><br>*s/ Nickolas Bohl*<br>NICKOLAS BOHL, WSBA No. 48978<br>SEAN M. ARENSON, WSBA No. 60456<br>Assistant United States Attorneys<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone:  206-553-7970<br>Fax:      206-553-4073<br>Email:   nickolas.bohl@usdoj.gov<br>            sean.arenson@usdoj.gov<br><br>*Attorneys for United States of America* | RUSSELL & HILL, PLLC<br><br>*s/ Dean F. Swanson*<br>DEAN F. SWANSON, WSBA No. 40638<br>3811-A Broadway<br>Everett, WA 98201<br>Phone: 425-212-9165<br>Fax:      425-212-9168<br>Email: dean@russellandhill.com<br><br>*Attorney for Plaintiff Lenor Tillman* |

I certify that this memorandum contains 236 words, in compliance with the Local Civil Rules.

STIPULATION TO FILE *DAUBERT* MOTION OUT OF TIME
[Case No. 2:23-cv-01070-MJP] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ~~[PROPOSED]~~ ORDER

The parties, having stipulated and agreed, it is so **ORDERED**.

DATED this 10th day of June, 2025.

                                             _____
                                             MARSHA J. PECHMAN
                                             United States Senior District Judge

STIPULATION TO FILE *DAUBERT* MOTION OUT OF TIME
[Case No. 2:23-cv-01070-MJP] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970