1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10   LENOR TILLMAN,                           CASE NO. C23-1070 MJP

11                        Plaintiff,           ORDER OF DISMISSAL

12            v.

13   UNITED STATES OF AMERICA,

14                        Defendant.

15

16        Having been notified of the settlement of this case, and it appearing that no issue remains

17   for the Court's determination, the Court ORDERS that this action and all claims asserted herein

18   be DISMISSED with prejudice and without costs to any party.

19        In the event that the settlement is not perfected, any party may move to reopen the case,

20   provided that such motion is filed within sixty (60) days of the date of this order. Any trial date

21   and pretrial dates previously set are hereby VACATED.

22        \\

23        \\

24

ORDER OF DISMISSAL - 1

The clerk is ordered to provide copies of this order to all counsel.

Dated July 1, 2025.

Marsha J. Pechman
United States Senior District Judge